UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14cv375-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $66,130 IN UNITED )<br>STATES CURRENCY, )<br>)<br>Defendant. ) | **DEFAULT JUDGMENT<br>OF FORFEITURE** |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture *in rem* of the defendant property was filed on July 8, 2014. This Court issued a warrant for arrest *in rem* authorizing the government to retain custody of the property.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest *in rem*, the government duly retained custody of the defendant property. Service of process was made by internet publication of notice, as shown by the declaration filed herein on August 19, 2014.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4. Based on the affidavit of HSI Special Agent Roger N. Jernigan, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate drug trafficking and/or money laundering crimes, and that it is therefore subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) and (C) and/or 21 U.S.C. § 881(a)(6).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein:

    **Approximately $66,130 in United States currency.**

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: October 31, 2014

Graham C. Mullen
United States District Judge